**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

GREGORY DOTSTRY, ET AL.,
Plaintiffs,

v. Civil No. 99-1136 (DWF/AJB)

THE PEPSI BOTTLING GROUP, INC.,
Defendant.

---

**ORDER FOR REASSIGNMENT OF RELATED CASES**

JERRY CALLICUTT, ET AL.,
Plaintiffs,

v. Civil No. 00-95 (ADM/AJB)

THE PEPSI BOTTLING GROUP, INC.,
Defendant.

Case No. 99-1136 having been assigned to Judge Donovan W. Frank and Case No.00-95 having later been assigned to Judge Ann D. Montgomery, said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 00-95 be assigned to Judge Donovan W. Frank, nunc pro tunc, by use of a card on the Civil Rights List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated May 28, 1998.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: April 19th, 2000

DONOVAN W. FRANK
Judge of United States District Court

Dated: April 21, 2000

ANN D. MONTGOMERY
Judge of United States District Court

Filed APR 21 2000
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______