**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Jerry Callicutt, David Gordon, Gentry McQuiston, D'Andre O'Neal and Craig Poindexter,

Plaintiffs,

vs.

The Pepsi Bottling Group, Inc.,

Defendant.

Court File No. 00-CV-95 ADM/AJB

**STIPULATION TO AMEND SCHEDULING ORDER AND ORDER**

---

**Whereas**, the parties have worked diligently to complete discovery in this case in an expeditious manner.

**Whereas**, in June 2000 the members of Teamsters Local 792, employed at the Burnsville PBG, went on strike for several months. As a result, discovery could not proceed during that period of time.

**Whereas**, the parties continue to work diligently to complete discovery in an expeditious manner. To date, the depositions of Plaintiffs have been commenced and many other witnesses have been deposed. It is now apparent to the parties that additional witnesses need to be deposed and additional discovery needs to be conducted.

**Whereas**, Plaintiffs have requested an extension of time to disclose the identity of expert witnesses under Rule 26(a)(2)(A), to provide the full disclosures required by Rule 26(a)(2)(B), along with a written report prepared and signed by the expert witnesses.

MAR 06 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**Whereas**, with the number of depositions the parties want to take, expert disclosures and expert discovery, and other discovery, it is not possible to complete discovery within the current deadlines.

**Whereas**, the extension of these deadlines also requires the extension of other scheduling deadlines to allow the parties adequate time to prepare for and defend any necessary non-dispositive or dispositive motions.

Accordingly, the parties hereby stipulate and agree to the following extension of the Scheduling Order in this case:

1. Non-expert Discovery shall be commenced in time to be completed by May 31, 2001;

2. Plaintiffs shall disclose any and all experts, and provide reports of such experts as required by Rule 26(a)(2)(A) and (B), by no later than June 30, 2001;

3. Defendant shall disclose any and all experts, and provide reports of such experts as required by Rule 26(a)(2)(A) and (B), by no later than July 31, 2001;

4. The parties may depose each other's experts. These depositions shall be completed by August 31, 2001;

5. All non-dispositive motions shall be served and filed by August 31, 2001;

6. All dispositive motions shall be served and filed by the parties by October 31, 2001;

7. This case shall be ready for trial by December 31, 2001, or after a ruling on dispositive motions.

Dated 2/27/01

**REINHARDT & ANDERSON**

By [signature]
Jeffrey R. Anderson (#2057)
Jodean A. Thronson (#213482)
Patrick W. Noaker (#274951)
E-1000 First National Bank Building
322 Minnesota Street
St. Paul, MN 55101
(651) 227-9990

**ATTORNEYS FOR PLAINTIFFS**

Dated 2/26/01

**BRIGGS AND MORGAN**

By [signature]
Gregory J. Stenmoe (#131155)
Scott G. Bowman (#218467)
Tamika R. Nordstrom (#275463)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEYS FOR DEFENDANT**

**IT IS SO ORDERED:**

Dated 3/6/01

[signature]
United States Magistrate Judge