**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Jerry Callicutt, David Gordon, Gentry McQuiston, D'Andre O'Neal and Craig Poindexter,

Plaintiffs,

vs.

The Pepsi Bottling Group, Inc.

Defendant.

Court File No.: 00-CV-95 ADM/AJB

**STIPULATION TO AMEND SCHEDULING ORDER AND ORDER**

---

**WHEREAS**, on March 6, 2001 the Court extended the deadline for the service and filing of all dispositive motions to October 31, 2001;

**WHEREAS**, the Plaintiff's inadvertently failed to extend the deadline for the service and filing of all non-dispositive motions until that same date;

Accordingly, the parties hereby stipulate and agree to the following extension of the scheduling order in this case:

5. All non-dispositive motions shall be served and filed by October 31, 2001.

Dated: 9/11/01

**REINHARDT & ANDERSON**

By ______________________

Jeffrey R. Anderson, #2057
Jodean A. Thronson, #213482
Patrick W. Noaker, #274951
E-1000 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
(651) 227-9990

**ATTORNEYS FOR PLAINTIFFS**

FILED SEP 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: 9/12/01

**BRIGGS AND MORGAN**

By [signature]

Gregory J. Stenmoe, #131155
Scott G. Bowman, #218467
Tamika R. Nordstrom, #275463
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEYS FOR DEFENDANT**

**IT IS SO ORDERED:**

Date: 9/26/01

[signature]

United States Magistrate Judge