**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Jerry Callicutt, David Gordon, Gentry McQuiston, D'Andre O'Neal and Craig Poindexter,

Court File No.: 00-CV-95 ADM/AJB

Plaintiffs,

vs.

**STIPULATION TO AMEND SCHEDULING ORDER AND ORDER**

The Pepsi Bottling Group, Inc.

Defendant.

---

**THE PARTIES**, by and through their attorneys, hereby agree and stipulate to the following scheduling changes:

1. The deadline for filing non-dispositive and dispositive motions shall be extended until November 28, 2001.

2. The parties have agreed to the following briefing schedule on Defendant's Motion for Summary Judgment:

   a. Defendant's Main Brief due to Plaintiffs: October 31, 2001.

   b. Plaintiffs' Responsive Brief due to Defendants: November 21, 2001.

   c. Defendant's Reply Brief due to Plaintiffs and deadline for filing with the Court: November 28, 2001.

3. This case shall be deemed to be Trial Ready by November 28, 2001 and after a ruling on dispositive motions.

FILED OCT 09 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**REINHARDT & ANDERSON**

Dated 10/3/01

By ______________________
Jeffrey R. Anderson (#2057)
Jodean A. Thronson (#213482)
Patrick W. Noaker (#274951)
E-1000 First National Bank Building
322 Minnesota Street
St. Paul, MN 55101
(651) 227-9990

**ATTORNEYS FOR PLAINTIFFS**

**BRIGGS AND MORGAN**

Dated 9/27/01

By ______________________
Gregory J. Stenmoe (#131155)
Scott G. Bowman (#218467)
Tamika R. Nordstrom (#275463)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEYS FOR DEFENDANT**

**IT IS SO ORDERED:**

Dated 10/9/01

______________________
United States Magistrate Judge