**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Jerry Callicutt, David Gordon, Gentry McQuiston, D'Andre O'Neal and Craig Poindexter,

Plaintiffs,

vs.

The Pepsi Bottling Group, Inc.,

Defendant.

Court File No. 00-CV-95 DWF/AJB

**STIPULATION TO AMEND SCHEDULING ORDER AND ORDER**

---

**WHEREAS,** counsel for Plaintiffs currently are in trial before the Honorable Paul A. Magnuson;

**WHEREAS,** counsel for Plaintiffs have requested an extension of time to respond to Defendant's Motion for Summary Judgment, which was served on November 7, 2001;

**WHEREAS,** the parties are engaged in settlement negotiations;

**THEREFORE,** the parties, by and through their attorneys, hereby agree and stipulate to the following scheduling changes:

1. Plaintiffs' Responsive Brief due to Defendant: December 31, 2001.

2. Defendant's Reply Brief due to Plaintiffs and deadline for filing with the Court: January 11, 2002.

3. This case shall be deemed to be Trial Ready by January 11, 2002 and after a ruling on dispositive motions.

DEC 07 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**REINHARDT & ANDERSON**

Dated 12/5/01

By________________________

Jeffrey R. Anderson (#2057)
Jodean A. Thronson (#213482)
Patrick W. Noaker (#274951)
E-1000 First National Bank Building
322 Minnesota Street
St. Paul, MN 55101
(651) 227-9990

**ATTORNEYS FOR PLAINTIFFS**

**BRIGGS AND MORGAN**

Dated 12/5/01

By________________________

Gregory J. Stenmoe (#131155)
Scott G. Bowman (#218467)
Tamika R. Nordstrom (#275463)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEYS FOR DEFENDANT**

**IT IS SO ORDERED:**

Dated 12/7/01

________________________

United States Magistrate Judge