UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Jerry Callicutt, David Gordon, Gentry McQuiston, D'Andre O'Neal and Craig Poindexter,

Plaintiffs,

vs.

The Pepsi Bottling Group, Inc.,

Defendant.

Court File No. 00-CV-95 DWF/AJB

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO EXCEED PAGE LIMIT**

AND ORDER

---

**TO: PLAINTIFF AND THEIR ATTORNEYS, JEFF ANDERSON, REINHARD & ANDERSON, E-1000 FIRST NATIONAL BANK BUILDING 322 MINNESOTA STREET, ST. PAUL, MN 55101**

**PLEASE TAKE NOTICE** that, at a time and place convenient to the Court and counsel, Defendant will move for permission of the Court to file a Memorandum Of Law In Support Of Motion For Summary Judgment of 50 pages and Reply Memorandum In Support Of Motion For Summary Judgment of 18 pages pursuant to District of Minnesota Local Rule 7.1(c).

Under Local Rule 7.1(c), "the cumulative total of the original memorandum and the reply memorandum shall not exceed 35 pages, except by permission of the Court." D. MINN. LOCAL R. 7.1(c). In this case, there is one Defendant, but five Plaintiffs. All of the Plaintiffs are jointly represented by legal counsel, but have separate and distinct factual allegations, claims and issues. For the Court's convenience and pursuant to Defendant's understanding that this Court would not prefer Defendant to submit separate memoranda of law for each individual Plaintiff, Defendant now moves this Court for permission to exceed the standard page limitations set forth by Local Rule 7.1(c) to address the distinct factual allegations, claims and issues of the five Plaintiffs in

FILED JAN 24 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

one memorandum and reply. Defendant's moving Memorandum and Reply Memorandum have a combined length of 69 pages. As these memoranda and related submittals each address the independent claims, issues and defenses arising from each of the five plaintiffs allegations, Defendant requests the Court's permission to exceed the standard cumulative page limit by 33 pages.

**WHEREFORE**, Defendant moves the Court to allow the filing and service of Defendant's Memorandum Of Law In Support Of Motion For Summary Judgment of 50 pages and Reply Memorandum In Support Of Motion For Summary Judgment of 18 pages.

**BRIGGS AND MORGAN**

Dated 1-23-02

By Tamika R. Nordstrom

Gregory J. Stenmoe (#131155)
Scott G. Bowman (#218467)
Tamika R. Nordstrom (#275463)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEYS FOR DEFENDANT**

**IT IS SO ORDERED:**

Dated 1/24/02

United States Judge of District Court