**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Jerry Callicutt, David Gordon, Gentry McQuiston, D'Andre O'Neal and Craig Poindexter,

Plaintiffs,

vs.

The Pepsi Bottling Group, Inc.,

Defendant.

Court File No. 00-CV-95 DWF/AJB

**STIPULATION TO AMEND SCHEDULING ORDER AND ORDER**

---

**WHEREAS,** counsel for Defendants permitted counsel for Plaintiffs two extensions of time to respond to Defendant's Motion for Summary Judgment, which was served on November 7, 2001;

**WHEREAS,** the parties are engaged in settlement negotiations;

**THEREFORE,** the parties, by and through their attorneys, hereby agree and stipulate to the following scheduling changes:

1. Defendant's Reply Brief due to Plaintiffs and deadline for filing with the Court: January 25, 2002;

3. Case deemed Trial Ready by January 25, 2002 and after a ruling on dispositive motions.

1369739v1

FILED JAN 2 5 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.________
DEPUTY CLERK ________

Dated 1-24-02

**REINHARDT & ANDERSON**

By ______________________
Jeffrey R. Anderson (#2057)
Jodean A. Thronson (#213482)
Patrick W. Noaker (#274951)
E-1000 First National Bank Building
322 Minnesota Street
St. Paul, MN 55101
(651) 227-9990

**ATTORNEYS FOR PLAINTIFFS**

Dated 1-23-02

**BRIGGS AND MORGAN**

By Tamika R. Nordstrom
Gregory J. Stenmoe (#131155)
Scott G. Bowman (#218467)
Tamika R. Nordstrom (#275463)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEYS FOR DEFENDANT**

**IT IS SO ORDERED:**

Dated 1/25/02

______________________
United States Magistrate Judge