**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Jerry Callicutt, David Gordon, Gentry McQuiston, D'Andre O'Neal and Craig Poindexter,

Plaintiffs,

Civil No. 00-95 DWF/AJB

**Order**

v.

The Pepsi Bottling Group, Inc.,

Defendant.

---

The above-entitled matter came on for hearing before the undersigned on June 24, 2002 upon the motion by Reinhardt and Anderson and Lori C. Peterson and Associates for an Order allowing Reinhardt and Anderson and Lori C. Peterson and Associates to withdraw from further representation of Plaintiff Jerry Callicutt. Based on the files, records and proceedings herein, the Affidavit of Aldo J. Terrazas and the arguments of counsel, the Court being fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

1. Reinhardt and Anderson and Lori C. Peterson and Associates' motion for withdrawal is Granted [Docket No. 40];
2. Plaintiff Jerry Callicutt must personally appear before this Court or have newly obtained Minnesota counsel, who is authorized to appear before this Court, advise the Court in writing of such representation on or before July 31, 2002;
3. If Plaintiff Jerry Callicutt does not comply as ordered herein, it will be recommended that his claims be dismissed without prejudice.

Dated: 6/24/02

Arthur J. Boylan
United States Magistrate Judge

FILED JUN 24 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK