**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Jerry Callicutt, David Gordon, Gentry McQuiston, D'Andre O'Neal and Craig Poindexter,

Plaintiffs,

v.

The Pepsi Bottling Group, Inc.,

Defendant.

Civil No. 00-95 DWF/AJB

**Report and Recommendation**

---

The above-entitled matter came on for hearing on June 24, 2002 upon the motion by Reinhardt and Anderson and Lori C. Peterson and Associates for an Order allowing those firms to withdraw from further representation of Plaintiff Jerry Callicutt ("Callicutt"). The stated reason for withdrawal was that various attempts at contacting Callicutt had failed. In an Order dated June 24, 2002, Callicutt was ordered, by July 31, 2002, to appear before the Court or to have newly obtained counsel advise the Court of such new representation. Callicutt was warned that failure to comply would result in the undersigned recommending that his claims be dismissed *without* prejudice. July 31, 2002 has come and gone without any contact from Callicutt or counsel for Callicutt. Defendant now moves that Callicutt's claims be dismissed *with* prejudice. In the event that Callicutt's claims are dismissed without prejudice, Defendant asks that such dismissal be changed to "with prejudice" if Callicutt fails to re-file his case or remains unresponsive after 60 days. Having considered the matter, and based on the files, records and proceedings herein,

AUG 26 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS HEREBY RECOMMENDED that:

1. Defendant's motion be granted as stated herein [Docket No. 44];

2. This lawsuit, as it relates to Plaintiff Jerry Callicutt, be dismissed without prejudice.

Dated: August 26, 2002

Arthur J. Boylan
United States Magistrate Judge

**NOTICE**

Pursuant to Local Rule 72.1(c)(2), any party may object to this Report and Recommendation by filing with the Clerk of the Court and serving all parties, within ten days after being served with a copy thereof, written objections which specifically identify the portions of the proposed findings, recommendations, or report to which objection is being made, and a brief in support thereof. A party may respond to the objecting party's brief within ten days after service thereof. All briefs filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made.

AJB