**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

JERRY CALLICUTT, DAVID GORDON, GENTRY MCQUINSTON, D'ANDRE O'NEAL, and CRAIG POINDEXTER,

Plaintiffs,

v.

THE PEPSI BOTTLING GROUP, INC.,

Defendant.

Civil No. 00-95 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Jeffrey Anderson, Esq., Jodean Thronson, Esq., and Aldo Terrazas, Esq., Reinhardt & Anderson, E 1000 First Bank Building, 332 Minnesota Street, St. Paul, MN 55101 and Lori Peterson, Esq., Peterson Law Office, 700 Lumber Exchange, 10 5th Street South, Minneapolis, MN 55402, counsel for Plaintiffs.

Gregory Stenmoe, Esq., Scott Bowman, Esq., Tamika Nordstrom, Esq., and Binh Tuong, Esq., Briggs & Morgan, 2400 IDS Center, 80 South 8th Street, Minneapolis, MN 55402, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: September 4, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed SEP 0 4 2002
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________